FILED
2018 AUG 24 AM 11:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America
PLAINTIFF(S)

v.

Kingston et al
Lev Aslan Dermen
AKA Levon Termendzhyan
DEFENDANT(S).

CASE NUMBER: 2:18-CR-365-005 / 18MJ02255

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: Indictment
in the Central Division District of Utah on 8/1/2018
at 12:00 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 8/2/2013
in violation of Title 18 U.S.C., Section(s) 1956 (a)(1)(B) i & 2
to wit: Money Laundering

A warrant for defendant's arrest was issued by: ~~Judge~~ D Mark Jones

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 8/24/18, by

_____, Deputy Clerk.

Signature of Agent

Print Name of Agent: Tyler Hatcher

Agency: IRS CI

Title: Special Agent

CR-52 (05/98)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT