UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF

V.
Lev Aslan Dermen AKA
Levon Termendzhyan
DEFENDANT

USMS# _____

CASE NUMBER: **18MJ02255**

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 8/23/2018 3:15  ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 1956(a)(1)(B)(i)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1966

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: Armen Mitilian  Phone Number: 818-671-3877

9. Name of Pretrial Services Officer notified: Fernando Basulto

10. Remarks (if any): _____

11. Name: Tyler Hatcher (please print)

12. Office Phone Number: 208-407-0081

13. Agency: IRSCI

14. Signature: [signature]

15. Date: 8/24/18

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION