AO 442

# United States District Court  SEALED

### DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

Kingston et al

# WARRANT FOR ARREST

CASE NUMBER: 2:18-cr-365-003

To: The United States Marshal
and any Authorized United States Officer

**18MJ 02255**



YOU ARE HEREBY COMMANDED to arrest __Lev Aslan Dermen aka Levon Termendzhyan__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

18:1956(a)(1)(B)(i) - MONEY LAUNDERING - POSTAL, INTERSTATE WIRE, RADIO, ETC. Money Laundering; 18:2 Aiding and Abetting; 21:982(a)(1) Notice of Intent to Seek Forfeiture(10-12)

18:1956(a)(1)(B)(i) MONEY LAUNDERING - LARCENY AND THEFT, BANK Money Laundering; 18:2 Aiding and Abetting; 21:982(a)(1) Notice of Intent to Seek Forfeiture  (14)

in violation of __18:1956(a)(1)(B)(i)__ United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

_Julie Wierschem_
Signature of Issuing Officer

By: Julie Wierschem
    Deputy Clerk

August 2, 2018 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |