# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. __18-2255-MJ__          CourtSmart __CS Roybal 640__          Date: __August 28, 2018__

Present: The Honorable __Gail J. Standish__, U.S. Magistrate Judge

| __E. Carson__ | __Rich Rolwing/Leslie Goemaat__ | __None__ |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter / Language |

| USA v. Lev Aslan Dermen a/k/a Lev Termendzhyan | Attorney Present for Defendant: Mark Geragos |
|---|---|
| ☑ Present  ☑ Custody  ☐ Bond  ☐ Not present | ☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present |

**PROCEEDINGS: DETENTION HEARING**

☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☑ Witnesses CST (see separate list).     ☑ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
　☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☑ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $_____.**  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____.
☑ Court orders case continued to __9/4/18__ at __3:00__ ☐a.m. / ☑p.m. for __ID hearing__, in Courtroom __640, Roybal__ before Judge __Standish__.
☐ Release Order Issued - Release No. _____.
☐ Other: _____

**PROCEEDINGS:**  ☐ REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING
　　　　　　　☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's  ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:
　　☐ GRANTED   ☐ DENIED
Court ORDERS bail as to the above-named defendant  ☐ modified to  ☐ set at: $_____
　☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
　☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____.
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. _____                         __1__ : __42__

　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk Initials __efc__