## LIST OF EXHIBITS AND WITNESSES

| Case Number | 18-2255-MJ | Title | USA v. Lev Aslan Dermen aka Lev Termendzhyan |
|---|---|---|---|
| Judge | Gail J. Standish, United States Magistrate Judge | | |
| Dates of Trial or Hearing | August 28, 2018 | | |
| Court Reporters or Tape No. | CS Courtroom 640, Roybal | | |
| Deputy Clerks | E. Carson | | |

FILED
CLERK, U.S. DISTRICT COURT
AUG 28 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Rich Rolwing/Leslie Goemaat, AUSA | Mark Geragos, Retained |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
|  |  |  |  |  |  | Special Agent Tyler Hatcher (IRS) | Plaintiff |
| 1 | x |  |  |  |  | Photograph of airplane owned by defendant | Plaintiff |
| 5 | x |  |  |  |  | Article re investment by defendant company to Turkey | Plaintiff |
| 6 | x |  |  |  |  | Decl of Levon Termendzhyan re LA County court case | Plaintiff |
| 7 | x |  |  |  |  | Photograph of defendant in business setting | Plaintiff |

G-65 (03/07)      LIST OF EXHIBITS AND WITNESSES      Page 1 of 1