**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 18 – 382 – JFW-1 |
| v. | |
| Lev Aslan Dermen | |
| DEFENDANT. | **ABSTRACT OF COURT PROCEEDING** |

TO:   UNITED STATES MARSHAL AND/OR WARDEN, METROPOLITAN DETENTION CENTER:

You are hereby notified that the Honorable _____ Gail Standish _____

☐ United States District Judge   ☑ United States Magistrate Judge, has this date   ☐ ordered   ☑ recommended that the above-named federal prisoner be:

☐ Allowed to make   ☐ _____ social   ☐ _____ legal telephone call(s) at prisoner's own expense;
   ☐ forthwith                    ☐ as soon as possible              ☐ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to   ☐ MDCLA   ☐ Other _____

☑ Provided with a medical examination and/or medical treatment for _____
A report regarding this examination/treatment is to be submitted to the court on or before   end q week 8/31/18

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment.  A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

Dated: ___8/28/18___          CLERK U.S. DISTRICT COURT

                              By: _____
                                  **Deputy Clerk**

**RETURN TO CLERK'S OFFICE**
☐ Western Division-Los Angeles   ☐ Southern Division-Santa Ana   ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____
_____
_____
_____
_____

_____        _____        _____
**Name (Print)**                      **Title**                      **Signature**

*cc:* ☒ *MDC,* ☒ *Cell block*

CR-53  (12/03)                    **ABSTRACT OF COURT PROCEEDING**